

# NYPD PETS — Property Clerk Invoice
PROPERTY and EVIDENCE TRACKING SYSTEM
PD 521-141 (Rev. 11/09)

Invoice No. **2000463584**

| Invoicing Command | Invoice Status |
|---|---|
| **41ST PCT.** | **OPEN** |

| Invoice Date | Property Type | Property Category |
|---|---|---|
| **09/01/2015** | **GENERAL PROPERTY** | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | DT3 | TESSITORE, ANGELO | | BX ROB SQUAD | OCME. EU No. | |
| Arresting | N/A | | | | OCME. FB No. | |
| Investigating | DT3 | TESSITORE, ANGELO | | BX ROB SQUAD | Police Lab Evd. Cnt. No. | |
| Det Squad Supervisor | SGT | MCLAUGHLIN, THOMAS | | BX ROB SQUAD | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | DT3 | MILLER, MARVIN | | CRIME SCENE UNT | CSU/ECT Run No. | 2015-497 |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | CELL PHONE<br>COLOR: WHITE SERIAL NO. 412CYAS923200<br>IMEI #: 014209009232001<br>WHITE PHONE WITH BLACK COVER | 1800020611 | 1 | |

**REMARKS:**

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 08/15/2015 | 16010/ROBBERY | FELONY | N/A | ACCEPTED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | MILLER, MARVIN | | 1 POLICE PLAZA NEW YORK, NY 10038. | |
| Owner(s) | UNKNOWN | | | |

| Complaint No. | 2015-042-05657 |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |


Invoice No. **2000463584**

Property Clerk Copy
printed: 09/01/2015 14:34

PCD Storage No. **

Page No. 1 of 2

00089

DEC-22-2003 18:25    97%    P.02