```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA                                :
                                          Plaintiff,        :
                                                            :      15 Cr. 850 (LGS)
                  -against-                                 :
                                                            :      ORDER
    JOSE ACEVEDO,                                           :
                                          Defendant,        :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS a conference was held before the Court on January 7, 2020, it is hereby,

**ORDERED** the parties shall file a joint status letters on February 8, 2020 and every 30 days thereafter.

Dated: January 7, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE