UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA    :
                                 Plaintiff,    :
                                              :        15 Cr. 850 (LGS)
                   -against-                :
                                              :        <u>ORDER</u>
    JOSE ACEVEDO,    :
                                 Defendant,    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** the parties shall file a joint status letter on **July 29, 2020** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: July 27, 2020
       New York, New York

                                                                 LORNA G. SCHOFIELD
                                                               UNITED STATES DISTRICT JUDGE